Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
JUAN GUZMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GUZMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:20-cv-00468-KJN<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be November 30, 2020.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: October 23, 2020                Respectfully submitted,


                             /s/ *Jared T. Walker*
                            Jared T. Walker,
                            Attorney for Plaintiff

SO STIPULATED:

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: October 23, 2020        By:   /s/ *Marcelo Illarmo
                                                        (*authorized by email on 10/23/2020)
                                                          Marcelo Illarmo
                                                          Special Assistant United States Attorney
                                                          Attorneys for Defendant

                                                          ORDER

APPROVED AND SO ORDERED.

Dated:  October 27, 2020

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE