UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR., | No. 2:20-cv-00468-KJN |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 27, 2020, this court granted plaintiff an extension of time to November 30, 2020 to file his motion for summary judgment. (ECF No. 14.) That deadline has now passed, and plaintiff has not filed the anticipated motion. Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

Dated:  December 2, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guzm.0468

1