McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR.,, <br><br> Plaintiff, <br><br> v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-00468-KJN <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 15, 2021 to January 29, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because the parties are attempting to resolve this case, and more times is needed to either resolve the case or provide Defendant additional time for briefing.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before January 29, 2021; and

Stip. & Prop. Order for Ext.;  Case 2:20-cv-00468-KJN     1

- Plaintiff may serve and file a reply within 20 days of service of defendant's responsive brief (on or before February 18, 2021).

                              Respectfully submitted,

Dated: January 15, 2021      */s/ Jared Walker\**
                                    (\*as authorized via e-mail on 1/15/2021)
                                    JARED WALKER
                                    Attorney for Plaintiff

Dated: January 15, 2021      McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                       By:    */s/ Marcelo Illarmo*
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

                                    <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 19, 2021

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE